they assert an accepted theory of the law, produced no evidence in this regard,—in fact there is none in the record from any source. It is the burden of the party asserting an act of God as a defense to come forward with the proof as to its effect. Unless he does so, the act of God avails him nothing if his negligent conduct contributed to the damage: *Carlson v. A. & P. Corrugated Box Corporation*, 364 Pa. 216, 223, 72 A. 2d 290.

With this view of the case it is unnecessary to treat of other contentions of the defendants, which incidentally were not raised in the court below.

Judgment affirmed.

## Philo, Appellant, *v.* Rought.

Argued April 17, 1956. Before STERN, C. J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

276

*Joseph Mieszkowski,* for appellant.

*H. Monroe Houtz,* with him *R. Lawrence Coughlin,* for appellee.

OPINION PER CURIAM, May 21, 1956:
The order entered in the Court below is affirmed on the Opinion by Judge PINOLA.

The Daniels Company, Contractors, Inc., Appellant, *v.* Nevling.

